1

2 Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
3 New York, New York 10003
Telephone: 212-558-5000
4 Facsimile: 212-344-5461
Attorneys for Plaintiffs

5

6

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11

12 This Document Relates to:                                    )
                                                              )
13 *Grant Kiser v. Pfizer Inc, et al.*                         )   **MDL NO. 1699**
   (06-6118 CRB)                                              )   **District Judge:  Charles R. Breyer**
14                                                            )
   *Connie Friedman-May, et al. v. Pfizer Inc, et*            )
15 *al.*                                                      )
   (06-6119 CRB)                                              )
16                                                            )   **STIPULATION AND ORDER OF**
   *Noralynn Roman, et al. v. Pfizer Inc, et al.*             )   **DISMISSAL WITH PREJUDICE**
17 (06-6120 CRB)                                              )
                                                              )
18 *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.*       )
   (06-6121 CRB)                                              )
19                                                            )
   *Robert McCarrell v. Pfizer Inc, et al.*                   )
20 (06-6124 CRB)                                              )
                                                              )
21 *Doris Hocker v. Pfizer Inc, et al.*                       )
   (06-6129 CRB)                                              )
22                                                            )
   *Patricia Rogers v. Pfizer Inc, et al.*                    )
23 (06-6130 CRB)                                              )
                                                              )
24 *Robert Bates, et al. v. Pfizer Inc, et al.*               )
   (06-6131 CRB)                                              )
25                                                            )
   *Patrick Lynch v. Pfizer Inc, et al.*                      )
26 (06-6132 CRB)                                              )
                                                              )
27 *Christine Sullivan, et al. v. Pfizer Inc, et al.*         )
   (06-6157 CRB)                                              )
28 _____ )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )
(06-6158 CRB)                                      )
2 |                                                    )
*Donald Davidson, et al. v. Pfizer Inc, et al.*   )
3 | (06-6161 CRB)                                      )
                                                     )
4 | *Delores Poyner v. Pfizer Inc, et al.*           )
(06-6165 CRB)                                      )
5 |                                                    )
*James Chapman, et al. v. Pfizer Inc, et al.*     )
6 | (06-6166 CRB)                                      )
                                                     )
7 | *Michael Aquino, et al. v. Pfizer Inc, et al.*   )
(06-6168 CRB)                                      )
8 |                                                    )
*Marie Shepard, et al. v. Pfizer Inc, et al.*     )
9 | (06-6169 CRB)                                      )
                                                     )
10 | *James I. Jones, et al. v. Pfizer Inc, et al.*   )
(06-6171 CRB)                                      )
11 |                                                    )
*Thomas Kamin, et al. v. Pfizer Inc, et al.*      )
12 | (06-6173 CRB)                                      )
                                                     )
13 | *Ruben Dominguez v. Pfizer Inc, et al.*          )
(06-6180 CRB)                                      )
14 |                                                    )
*Jennie Graziano v. Pfizer Inc, et al.*           )
15 | (06-6186 CRB)                                      )
                                                     )
16 | *Leroy Horton, et al. v. Pfizer Inc, et al.*     )
(06-6190 CRB)                                      )
17 |                                                    )
*Jerry Henry, et al. v. Pfizer Inc, et al.*       )
18 | (06-6091 CRB)                                      )
                                                     )
19 | *Lyle Johnson v. Pfizer Inc, et al.*             )
(06-6194 CRB)                                      )
20 |                                                    )
*Terry Smith v. Pfizer Inc, et al.*               )
21 | (06-6195 CRB)                                      )
                                                     )
22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.*  )
(06-6196 CRB)                                      )
23 |                                                    )
*Barbara Hall v. Pfizer Inc, et al.*              )
24 | (06-6197 CRB)                                      )
                                                     )
25 | *Patricia Parson v. Pfizer Inc, et al.*          )
(06-6198 CRB)                                      )
26 |                                                    )
*Effie Crockett, et al. v. Pfizer Inc et al.*     )
27 | (06-6199 CRB)                                      )
                                                     )
28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.*      )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

1  (06-6200 CRB)                                               )
                                                              )
2  *Louis Pratt v. Pfizer Inc, et al.*                        )
   (06-6201 CRB)                                               )
3                                                             )
   *Paul Madison v. Pfizer Inc, et al.*                       )
4  (06-6202 CRB)                                               )
                                                              )
5  *Nancy Smith, et al. v. Pfizer Inc, et al.*                )
   (06-6203 CRB)                                               )
6                                                             )
   *Walter Johnston v. Pfizer Inc, et al.*                    )
7  (06-6204 CRB)                                               )
                                                              )
8  *Murry McEwen v. Pfizer Inc, et al.*                       )
   (06-6205 CRB)                                               )
9                                                             )
   *Charles Grififn, et al. v. Pfizer, Inc, et al.*           )
10 (06-6206 CRB)                                               )
                                                              )
11 *Debbie Dethrage v. Pfizer Inc, et al.*                    )
   (06-6207 CRB)                                               )
12                                                            )
   *Thomas Saunders, et al. v. Pfizer Inc, et al.*            )
13 (06-6208 CRB)                                               )
                                                              )
14 *Rex McDonald v. Pfizer Inc, et al.*                       )
   (06-6210 CRB)                                               )
15                                                            )
   *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*          )
16 (06-6211 CRB)                                               )
                                                              )
17 *Marjory Goodwin v. Pfizer Inc, et al.*                    )
   (06-6212 CRB)                                               )
18                                                            )
   *Joy Glenn, et al. v. Pfizer Inc, et al.*                  )
19 (06-6213 CRB)                                               )
                                                              )
20 *Connie Henderson, et al. v. Pfizer Inc, et al.*           )
   (06-6283 CRB)                                               )
21                                                            )
   *Aubrey Richardson, et al. v. Pfizer Inc, et al.*          )
22 (06-7201 CRB)                                               )
                                                              )
23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*               )
   (06-7202 CRB)                                               )
24                                                            )
   *Jacques Tetrault, et al. v. Pfizer Inc, et al.*           )
25 (06-7203 CRB)                                               )
                                                              )
26 *Patricia Stevens v. Pfizer Inc, et al.*                   )
   (06-7204 CRB)                                               )
27                                                            )
   *Robert Jennings, et al. v. Pfizer Inc, et al.*            )
28 (06-7205 CRB)                                               )

-3-

1

2

*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

3

*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

4

5

*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

6

*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

7

8

*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

9

*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

10

11

*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

12

*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

13

14

*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

15

*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

16

17

*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

18

*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

19

20

*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

21

*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

22

23

*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

24

*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

25

26

*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

27

*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| | ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| | ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| | ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| | ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

16    Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

17   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

19   each side bearing its own attorneys' fees and costs.

20

21

22

23

24

25

26

27

28

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1

1

DATED: 10-29 2009        By: _____

2

3           **WEITZ & LUXENBERG, PC**
            700 Broadway

4           New York, New York 10003
            Telephone: 212-558-5000

5           Facsimile: 212-344-5461

6           *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

7

8           **DLA PIPER LLP (US)**
            1251 Avenue of the Americas

9           New York, New York 10020
            Telephone: 212-335-4500

10          Facsimile: 212-335-4501

11          *Defendants' Liaison Counsel*

12

13

14      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
        IT IS SO ORDERED.**

15

16

        Dated: **NOV 1 3 2009**      _____

17
                                     Hon. Charles R. Breyer
18                                   United States District Court

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42584625.1